# United States Court of Appeals
## For the First Circuit

No. 23-2000

US GHOST ADVENTURES, LLC,

Plaintiff, Appellant,

v.

MISS LIZZIE'S COFFEE LLC and JOSEPH PEREIRA, Individually,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on November 15, 2024, is corrected as follows:

On page 2, line 10, replace "grizzly" with "grisly".